UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VERONICA BONILLA.**<br>as Next Friend of<br>**XAVIER RAUL PIEDRA CUEVA,**<br>A# 241-102-175,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM**,** Secretary,<br>U.S. Department of Homeland Security;<br>TODD M. LYONS, Acting Director,<br>U.S. Immigration and Customs Enforcement;<br>Enforcement and Removal Operations,<br>JOHN TSOUKARIS, FIELD OFFICE DIRECTOR,<br>ICE NEWARK FIELD OFFICE;<br>WARDEN / FACILITY DIRECTOR,<br>DELANEY HALL DETENTION FACILITY;<br><br>  Respondents. | Civil Action No. _____ |

**PRO SE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**(IMMINENT TRANSFER OUTSIDE DISTRICT – FEBRUARY 17, 2026 AT 3:00 P.M.)**

Petitioner Veronica Bonilla, pro se, as Next Friend of her spouse Xavier Raul Piedra Cueva, A# 241-102-175, moves for an emergency Temporary Restraining Order under Fed. R. Civ. P. 65, 28 U.S.C. § 2241, and 28 U.S.C. § 1651, and states:

**I. EMERGENCY FACTS**

1. Xavier Raul Piedra Cueva, A# 241-102-175, is detained by ICE at Delaney Hall Detention Facility in Newark, New Jersey.

2. On February 17, 2026, I (Verónica Bonilla), Xavier's spouse, was called and informed that ICE intends to move Xavier today at approximately 3:00 p.m. to a detention center outside New Jersey and outside the jurisdiction of this Court.

3. If Xavier is moved outside this District, his access to family and any future access to legal counsel will be severely impaired. His ability to pursue emergency judicial relief will be harmed.

4. I file this motion as Xavier's Next Friend because he is in detention and cannot reasonably access the Court on an emergency basis before the scheduled transfer.

## II. REQUESTED RELIEF

5. I respectfully ask this Court to immediately issue a Temporary Restraining Order prohibiting ICE/DHS from transferring Xavier Raul Piedra Cueva, A# 241-102-175, outside the District of New Jersey and to maintain him within New Jersey pending further order of the Court.

## III. DECLARATION

I, Veronica Bonilla, declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2026.

// Veronica Bonilla
VERONICA BONILLA
66 Avenue A Holbrook
New York, NY 11741
(631) 681-8510;  verobonilla@hotmail.com