UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VERONICA BONILLA.**<br>as Next Friend of<br>**XAVIER RAUL PIEDRA CUEVA,**<br>A# 241-102-175,<br><br>　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary,<br>U.S. Department of Homeland Security;<br>in her official capacity;<br>TODD M. LYONS, Acting Director,<br>U.S. Immigration and Customs Enforcement;<br>in his official capacity;<br>JOHN TSOUKARIS, Field Office Director,<br>ICE Enforcement and Removal Operations (ERO),<br>Newark Field Office, in his official capacity;<br>JOHN/JANE DOE, Warden/Facility Director<br>(or Officer in Charge), Delaney Hall Detention<br>Facility, in official capacity;<br><br>　　Respondents. | Civil Action No. _____ |

## AFFIDAVIT OF VERONICA BONILLA IN

## SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

　　　I, Veronica Bonilla, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am Veronica Bonilla. I am the spouse of Xavier Raul Piedra Cueva, A# 241-102-175.

2. Xavier Raul Piedra Cueva is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at Delaney Hall Detention Facility in Newark, New Jersey.

3. On February 17, 2026, I was called and informed that ICE intends to move/transfer Xavier Raul Piedra Cueva today at approximately 3:00 p.m. to a different detention center outside the District of New Jersey.

4. Because Xavier is detained and a transfer is scheduled today, he cannot reasonably access the Court on an emergency basis before the scheduled transfer. I am filing as his Next Friend to protect his rights and best interests.

5. If Xavier is transferred outside New Jersey, it will substantially disrupt his access to family and will materially impair his ability to communicate with and obtain legal assistance, including future access to counsel, and will interfere with his ability to pursue emergency judicial relief.

// Veronica Bonilla
VERONICA BONILLA
66 Avenue A Holbrook
New York, NY 11741
(631) 681-8510;  verobonilla@hotmail.com